## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 328 MAL 2015

          Petitioner        :

                           :   Petition for Allowance of Appeal from

                           :   the Order of the Superior Court

          v.               :

TROY GIBSON,               :

          Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.